TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MARIA R. GUTIERREZ
Assistant United States Attorney
Arizona State Bar No. 026659
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: maria.gutierrez@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>1. Alejandro Rodriguez, and<br>   (Count 1)<br><br>2. Maricruz Carrillo,<br>   (Count 2)<br><br>    Defendants. | No. CR-25-00540-PHX-SHD (DMF)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of a Firearm)<br>Counts 1-2<br><br>18 U.S.C. § 924(d),<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 15, 2025, in the District of Arizona, Defendant, ALEJANDRO RODRIGUEZ, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the following firearms and ammunition:

(1) Norinco, model 56S-1, 7.62x39 mm caliber semi-automatic rifle, serial number MS009197;

(2) Colt, model Combat Elite Commander, .45 ACP caliber semi-automatic pistol,

1  serial number XE06391;

2  (3) FN Herstal, model SCAR-15P, 5.56x45 mm caliber semi-automatic pistol, serial
3  number SCP02486;

4  (4) Colt, model Government, .38 Super Auto semi-automatic pistol, serial number
5  GV068782;

6  (5) Staccato, model C2, 9x19 mm caliber semi-automatic pistol, serial number
7  TX27669;

8  (6) Palmetto State Armory, model AKV, 9x19 mm caliber semi-automatic pistol,
9  serial number AKV011440;

10  (7) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic
11  rifle, serial number SV7158948;

12  (8) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic
13  rifle, serial number SV7159522;

14  (9) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic
15  rifle, serial number SV7158867;

16  (10) Century Arms International, model VSKA, 7.62x39 mm caliber semi-
17  automatic rifle, serial number SV7159432;

18  (11) FN USA, model M249S, 5.56x45 mm caliber semi-automatic rifle, serial
19  number M249SA10935;

20  (12) Century Arms International, model VSKA, 7.62x39 mm caliber semi-
21  automatic rifle, serial number SV7159412;

22  (13) Century Arms International, model VSKA, 7.62x39 mm caliber semi-
23  automatic rifle, serial number SV7159419;

24  (14) Century Arms International, model VSKA, 7.62x39 mm caliber semi-
25  automatic rifle, serial number SV7159024;

26  (15) Century Arms International, model VSKA, 7.62x39 mm caliber semi-
27  automatic rifle, serial number SV7159060;

28  (16) Century Arms International, model VSKA, 7.62x39 mm caliber semi-

automatic rifle, serial number SV7159506;

(17) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159401;

(18) Norinco, model MAK90, 7.62x39 mm caliber semi-automatic rifle, serial number 9438246;

(19) Barrett, model M82A1, .50 BMG caliber semi-automatic rifle, serial number AA009973;

(20) Colt, model Government, .38 Super Auto 5 caliber semi-automatic pistol, serial number GV068788;

(21) Colt, model Government, .38 Super Auto caliber semi-automatic pistol, serial number GV050725;

(22) about 1,000 rounds of ammunition manufactured by PMB;

(23) about 16,000 rounds of ammunition manufactured by Tela Ammo; and

(24) about 40,000 rounds of ammunition manufactured by KCN3;

said firearm(s) and ammunition having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

On or about March 15, 2025, in the District of Arizona, Defendant, MARICRUZ CARRILLO, knowing that she had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess the following firearms and ammunition:

(1) Norinco, model 56S-1, 7.62x39 mm caliber semi-automatic rifle, serial number MS009197;

(2) Colt, model Combat Elite Commander, .45 ACP caliber semi-automatic pistol, serial number XE06391;

(3) FN Herstal, model SCAR-15P, 5.56x45 mm caliber semi-automatic pistol, serial number SCP02486;

(4) Colt, model Government, .38 Super Auto semi-automatic pistol, serial number GV068782;

(5) Staccato, model C2, 9x19 mm caliber semi-automatic pistol, serial number TX27669;

(6) Palmetto State Armory, model AKV, 9x19 mm caliber semi-automatic pistol, serial number AKV011440;

(7) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7158948;

(8) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159522;

(9) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7158867;

(10) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159432;

(11) FN USA, model M249S, 5.56x45 mm caliber semi-automatic rifle, serial number M249SA10935;

(12) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159412;

(13) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159419;

(14) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159024;

(15) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159060;

(16) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159506;

(17) Century Arms International, model VSKA, 7.62x39 mm caliber semi-automatic rifle, serial number SV7159401;

  (18) Norinco, model MAK90, 7.62x39 mm caliber semi-automatic rifle, serial number 9438246;

  (19) Barrett, model M82A1, .50 BMG caliber semi-automatic rifle, serial number AA009973;

  (20) Colt, model Government, .38 Super Auto 5 caliber semi-automatic pistol, serial number GV068788;

  (21) Colt, model Government, .38 Super Auto caliber semi-automatic pistol, serial number GV050725;

  (22) about 1,000 rounds of ammunition manufactured by PMB;

  (23) about 16,000 rounds of ammunition manufactured by Tela Ammo; and

  (24) about 40,000 rounds of ammunition manufactured by KCN3;

said firearm(s) and ammunition having been shipped and transported in interstate or foreign commerce.

  In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

  The Grand Jury realleges and incorporates the allegations of Counts 1 through 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

  Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 2 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

  (1) cannot be located upon the exercise of due diligence,

  (2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 8, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
MARIA R. GUTIERREZ
Assistant U.S. Attorney